**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

|  |  |
|---|---|
| N. GLANTZ & SON, LLC, | Case No.   3:26-cv-454-GNS |
| Plaintiff, | |
| v. | |
| CLEANLIFE ENERGY LLC; and DOES 1 TO 50, | (Removal from Jefferson County Circuit Court, Case No. 26-CI-001853) |
| Defendants. | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446(a), Defendant CleanLife Energy LLC ("CleanLife") respectfully submits this Notice of Removal of the above-captioned action from the Jefferson County Circuit Court for the Commonwealth of Kentucky (the "State Court Action") to the United States District Court for the Western District of Kentucky, Louisville Division. The grounds for removal are as follows:

**I.      Procedural History and Plaintiff's Allegations**

On February 26, 2026, N. Glantz & Son, LLC ("Plaintiff") filed the State Court Action alleging several causes of action against CleanLife stemming from the purchase of lights for a commercial sign. On or about April 29, 2026, pursuant to  Ky. Rev. Stat. § 454.210(3)(a), Plaintiff authorized the Secretary of State to serve CleanLife via certified mail. *See* Exhibit 1. The Secretary of State filed the return on May 13, 2026, which is the effective service date in accordance with Ky. Rev. Stat. § 454.210(3)(3)(c). *Id*. Shortly thereafter, CleanLife, through its undersigned counsel, filed an agreed order granting a thirty (30) day extension to respond to the Complaint with Plaintiff's consent, which the State Court entered on May 20, 2026. *See* Exhibits 3 & 4. Accordingly, CleanLife's extended deadline to respond to the Complaint is July 2, 2026.

1107684217\4\AMERICAS

- 2 -

## II.    The Procedural Requirements for Removal Are Satisfied

As stated above, Plaintiff filed the State Court Action in the Jefferson County Circuit Court for the Commonwealth of Kentucky. Venue is thus proper in this district, the Western District of Kentucky, and this division, the Louisville Division, because it embraces the place in which this action has been pending. 28 U.S.C. §§ 1441(a), 1446(a); *see also* 28 U.S.C. § 97(b).

This Notice of Removal is timely as it is filed within thirty (30) days of the Secretary of State filing the return on May 13, 2026.  28 U.S.C. § 1446(b); *see also, e.g.*, *Worley v. 500 Mem'l Drive Kentucky, LLC*, No. 5:23-cv-00156-KKC, 2024 WL 86857, at *2 (E.D. Ky. Jan. 8, 2024) ("[S]ervice of process is not complete until the date of return to the Secretary of State."). Pursuant to 28 U.S.C. § 1446(d), CleanLife will file a Notice to State Court of Filing Notice of Removal with the Jefferson County Circuit Court for the Commonwealth promptly after the filing of this Notice of Removal. *See* Exhibit 6. CleanLife will also contemporaneously serve this Notice of Removal on Plaintiff.

No previous application for removal has been made.

## III.    This Court Has Subject-Matter Jurisdiction Under 28 U.S.C. § 1332

This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and there is complete diversity of citizenship. *See* 28 U.S.C. § 1332(a).

Here, Plaintiff alleges that it has incurred "damages related to a refund for the defective products sold, the cost of replacing the defective products and installing replacement products, the loss of business, . . . damage to Plaintiff's business reputation, and all other ordinary, incidental, or consequential damages . . .". *See* Exhibit 1, p. 18. Plaintiff seeks "judgment against the Defendants in an amount in excess of $3,400,000.00 for compensatory, consequential, and incidental damages,

together with any punitive damages . . .". *Id.* Because this amount exceeds $75,000.00, exclusive of interest and costs, the amount in controversy requirement is satisfied.

According to the Complaint and upon information and belief, Plaintiff N. Glantz & Son, LLC is an Indiana limited liability company with its principal place of business in Jefferson County, Kentucky. *Id.*, ¶ 1. Upon information and belief, N. Glantz & Son, LLC's sole member is Glantz Holdings, Inc., a New York corporation with its principal place of business in Louisville, Kentucky. Plaintiff is therefore a citizen of New York and Kentucky. *See Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009); 28 U.S.C. § 1332(c).

Defendant CleanLife Energy LLC is a Delaware limited liability company with its principal place of business in Cuyahoga County, Ohio. CleanLife's sole member is Superior Ventures LLC, which is a Delaware limited liability company. Superior Ventures LLC has two members: (1) ShineLong Technology Corp., Ltd., a Chinese corporation with its principal place of business in China; and (2) Superior Holdings LLC, a Delaware limited liability company. Superior Holdings LLC has two members: (a) Justin Miller who is, and was at the time the Complaint was filed, a citizen of Florida; and (b) Ruthe Stone who is, and was at the time the Complaint was filed, a citizen of Ohio. Defendant is therefore a citizen of Ohio, Florida, and China. *See Delay*, 585 F.3d at 1005.

Defendants Does 1 to 50 are fictious names and immaterial for determining diversity. 28 U.S.C. § 1441(b).

Accordingly, for purposes of diversity jurisdiction, there is complete diversity between Plaintiff and Defendant.

1107684217\4\AMERICAS

## IV.    Compliance With LR 81.1

True and correct copies of the state court record that CleanLife considers relevant to the State Action that CleanLife did not file at the time of removal pursuant to 28 U.S.C. § 1446(a) and the state court docket sheet are attached as exhibits in accordance with the table below.

| Exhibit No. | Document Description |
| --- | --- |
| 1 | Summons and Complaint incl. Exhibit A to the Complaint |
| 2 | Return of Service |
| 3 | Proposed Order Granting Extension of Time |
| 4 | Order Granting Extension of Time |
| 5 | Jefferson County Circuit Court Docket Sheet (Case No. 26-CI-001853) |
| 6 | Notice to State Court of Filing Notice of Removal |

## V.    Conclusion

WHEREFORE, CleanLife hereby removes the above-captioned action from the Circuit Court in and for Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky, Louisville Division, and requests that further proceedings be conducted in this Court as provided by law.

Dated this 11th day of June, 2026:

Respectfully submitted,

/s/ F. Maximilian Czernin
F. Maximilian Czernin (KY 93674)
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth St., Suite 1900
Cincinnati, OH 45202
Phone: (513) 361-1200
Email: max.czernin@squirepb.com

B. Scott Jones
REMINGER CO., LPA
730 West Main Street, Suite 300

- 4 -

- 5 -

Louisville, KY 40202
Phone: (502) 625-7292
Email: sjones@reminger.com

***Counsel for Defendant CleanLife Energy LLC***

- 5 -

1107684217\4\AMERICAS

- 6 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2026 a true copy of the foregoing instrument was served on each of the following persons listed below by the means indicated:

**Via Email**
Christopher Schaefer
Gordon J. Stock
STOLL KEENON OGDEN PLLC
400 West Market Street, Suite 2700
Louisville, KY 40202
Phone: (502) 333-6000
christopher.schaefer@skofirm.com
gordon.stock@skofirm.com

Daniel Yu
KAHANA & FELD LLP
2603 Main Street, Suite 900
Irvine, CA 92614
Phone: (949) 812-4781
dyu@kahanafeld.com

/s/ F. Maximilian Czernin
F. Maximilian Czernin

1107684217\4\AMERICAS