Filed    26-CI-001853    05/13/2026    David L. Nicholson, Jefferson Circuit Clerk

DOCUMENT

01:02:16 PM

NOT ORIGINAL

05/15/2026

BARRISTERN8

Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

Circuit Court Clerk
Jefferson County
700 West Jefferson St.
Louisville, KY 40202

| | |
|---|---|
| FROM: | SUMMONS DIVISION
SECRETARY OF STATE |
| RE: | CASE NO: 26-CI-001853 |
| DEFENDANT: | AGENTS AND CORPORATIONS, INC. |
| DATE: | May 13, 2026 |
| USPS Certified Mail ID: | 9202992267700103469086 |

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

April 29, 2026

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

April 29, 2026

We are enclosing the return receipt confirming receipt of summons.

COR : 000001 of 000002

Kentucky Secretary of State's
Filed  Office        26-CI-001853    05/13/2026        David L. Nicholson, Jefferson Circuit Clerk

Summons Division                    5/13/2026



BARRISTERN8

May 13, 2026

Dear Secretary Of State:

The following is in response to your request for proof of delivery on your item with the tracking number: **9202 9922 6770 0103 4690 86**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | May 05, 2026, 12:53 pm |
| **Location:** | WILMINGTON, DE 19801 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Shipment Details

**Weight:**

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | |
| **Address of Recipient:** | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004