**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| N. GLANTZ & SON, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CLEANLIFE ENERGY LLC; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 3:26-cv-00454-GNS |

**DECLARATION OF JUSTIN MILLER IN SUPPORT OF MOTION TO DISMISS**

I, Justin Miller, declare:

1. I am CEO of CleanLife Energy LLC ("CleanLife"). I am over 18 years of age, of sound mind, and fully competent to make this declaration. I have personal knowledge of the facts stated below and would readily and competently testify under oath if called as a witness.

2. CleanLife products purchased by N. Glantz & Son ("Glantz") and sold to YESCO are subject to an express limited warranty (the "Warranty").

3. Attached as **Exhibit 1** is a true and correct copy of the Warranty at the time of Glantz's December 20, 2023 purchase order as referenced in the Complaint in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of July, 2026 in Miami, Florida.

*/s/ Justin Miller*
Justin Miller