# Exhibit 1

CLEANLIFE® YESCO®

**LIMITED WARRANTY**

CLEANLIFE® LED ("CLEANLIFE") products (the "Products") are warranted to be free from manufacturing defects in materials under normal usage for the period specified below from the original date of purchase. For Products purchased by N. Glantz & Son ("Glantz") and sold to YESCO and its affiliates ("YESCO"), the warranty will commence on the date of purchase by YESCO.

| YESCO Smart Products Limited Warranty |
|---|
| **One (1) Year** |
| Limited Labor Warranty Per Site Installed* |
| Labor Warranty up to 50% of the purchase price of product used per location |
| **Three (3) Year** |
| YESCO Smart Products |

* *CleanLife's labor warranty only comes into effect if there is a failure rate greater than 20% of the total product installed per site installed during the standard warranty of the Products provided.*

If a CLEANLIFE Product fails due to a product defect covered by this Warranty, CLEANLIFE will, at its sole option, either replace the Product, or provide a credit equal to the lesser of the original purchase price or the current price CLEANLIFE charges for the Product. To make a warranty claim, YESCO must retain the failed Product(s), notify a CLEANLIFE sales representative in writing within thirty (30) days of the Product failure, and provide proof of purchase from CLEANLIFE and photographs of the failed Product(s). Alternatively, YESCO may submit the CLEANLIFE Return Merchandise Authorization (RMA) Form available at www.cleanlife.com/rma. Please note, in the case of replacements, CLEANLIFE may, at its option, replace the Product(s) covered by warranty with a product that has minor deviations in design and/or specifications which do not affect the functionality of the Product.

Product warranties cover defects in manufacturing discovered while using and installing the Product(s) as recommended by CLEANLIFE and do not apply to:

- Improper wiring, installation or maintenance of Products;
- Failures caused by acts of God (also known as "force majeure" events);
- Failures as a result of any Product alteration, abuse, or misuse;
- Electrical source or supply conditions, including supply spikes, over-voltage/under-voltage and ripple current control systems beyond specified Product limits or relevant supply standards for the Product;
- Failure to adhere to installation, operating, application, maintenance or environmental instructions or guidelines or any other document accompanying the Product, or applicable safety, industry and/or electrical standards or codes;
- Failure to use the Products for the purposes for which these have been designed;

- Corrosive environments, excessive wear and tear, pollution, neglect, carelessness, accident, abuse, misuse, improper or abnormal use of the Products;
- Excessive heat or cold beyond acceptable ranges;
- Water damage; or
- Any attempt at repair, alteration or modification not authorized by CLEANLIFE.

THIS LIMITED WARRANTY IS VOID IF THE PRODUCT IS NOT USED FOR THE PURPOSE FOR WHICH IT IS DESIGNED AND MAY BE VOID IF THE PRODUCT IS UNINSTALLED FROM THE ORIGINAL INSTALLATION SITE AND MOVED TO A NEW INSTALLATION SITE OR IF THE CLEANLIFE PRODUCT IS ALTERED, MODIFIED, RECONFIGURED, REPAIRED, OR OTHERWISE CHANGED BY ANY PERSON NOT AUTHORIZED BY CLEANLIFE.

THE FOREGOING WARRANTIES CONSTITUTE THE SOLE EXCLUSIVE REMEDY OF THE ORIGINAL PURCHASER AND THE SOLE LIABILITY OF CLEANLIFE ENERGY LLC TO THE ORIGINAL PURCHASER ONLY FOR THE CLEANLIFE PRODUCT(S). NO WARRANTIES OF PERFORMANCE, MERCHANTABILITY, NON-INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE ARE MADE EXPRESSLY, ORALLY, OR IMPLICITLY BY CLEANLIFE. IN NO EVENT SHALL THE LIABILITY OF CLEANLIFE EXCEED THE REPLACEMENT COST OF THE PRODUCT(S) UNDER THE TERMS AND CONDITIONS OF THIS WARRANTY, AND CLEANLIFE SHALL NOT IN ANY EVENT BE LIABLE FOR ANY OTHER COSTS OR DAMAGES, INCLUDING WITHOUT LIMITATION, LOST PROFITS, INDIRECT, INCIDENTAL, COMPENSATORY, CONSEQUENTIAL, SPECIAL, PUNITIVE, OR OTHER DAMAGES WHETHER AS A RESULT OF BREACH OF CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, OR ANY OTHER THEORY.

This warranty is effective for purchases of Products on or after the effective date set forth below. CLEANLIFE reserves the right to modify this warranty from time to time. Any modification of this warranty shall be effective for all Product purchases on or after the effective date of such revised warranty.

Effective Date: April 1, 2019