**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

|  |  |
|---|---|
| N. GLANTZ & SON, LLC,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CLEANLIFE ENERGY LLC; and<br>DOES 1 TO 50,<br><br>　　　　　　Defendants. | Case No. 3:26-cv-00454<br><br><br>Hon. Judge Greg N. Stivers |

## AGREED ORDER

This matter is before the Court on the agreement of the parties, Plaintiff N. Glantz & Son, LLC and Defendant CleanLife Energy, LLC, to extend the deadline for Plaintiff to respond to Defendant's Motion to Dismiss, to August 6, 2026.

The Court being duly advised, it is hereby ORDERED that Plaintiff shall have up to and including August 6, 2026 to answer or otherwise respond to Defendant's Motion to Dismiss. Ordered this:

**Greg N. Stivers, Judge**
**United States District Court**

July 20, 2026

Have Seen and Agreed:

/s/ B. Scott Jones (with permission)
B. Scott Jones
REMINGER CO., LPA
730 West Main Street, Suite 300
Louisville, KY 40202
Phone: (502) 625-7292
sjones@reminger.com

**Counsel for Defendant CleanLife Energy LLC**

/s/ Christopher Schaefer
Christopher Schaefer
STOLL KEENON OGDEN PLLC
400 West Market Street, Suite 2700
Louisville, KY 40202
Phone: (502) 333-6000
christopher.schaefer@skofirm.com

**Counsel for Plaintiff N. Glantz & Son, LLC**

2