**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**N. GLANTZ & SON, LLC,**

Plaintiff,

v.

**CLEANLIFE ENERGY LLC;**
**AND DOES 1 TO 50, INCLUSIVE,**

Defendants.

Case No. 3:26-cv-00454-GNS

**MOTION OF DEFENDANT CLEANLIFE ENERGY LLC TO ADMIT STEVEN M. AUVIL *PRO HAC VICE***

Defendant CleanLife Energy LLC ("Defendant") hereby moves this Court for admission of Attorney Steven M. Auvil to appear *pro hac vice* on its behalf in this matter. As support for this motion, Defendant states as follows:

1. Steven M. Auvil is a Partner at the law firm Squire Patton Boggs (US) LLP, 1000 Key Tower, 127 Public Square, Cleveland, Ohio 44114.

2. Attorney Auvil is admitted to practice, currently in active status and in good standing of the State Bar of Ohio, Bar No. 0063827 and the District of Columbia, Bar No. 1018115.

3. Attorney Auvil has not been disbarred, suspended from practice, or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority.

4. Attorney Auvil consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5. Attorney Auvil has completed training for mandatory electronic case filing through online tutorial.

6. Attorney Auvil tenders with this Motion the required *pro hac vice* motion fee of $150.00.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Steven M. Auvil to the Western District of Kentucky *pro hac vice* for this case only.

[Signature of Atty to be admitted – Hand Signed]

WHEREFORE, Defendant respectfully requests this Court to grant this Motion and admit Attorney Steven M. Auvil *pro hac vice* as counsel for CleanLife Energy LLC by entering the Order attached hereto.

DATED: July 24, 2026

Respectfully submitted,

*/s/ F. Maximilian Czernin*

F. Maximilian Czernin (KY 93674)
SQUIRE PATTON BOGGS (US) LLP
201 E. Fourth St., Suite 1900
Cincinnati, OH 45202
Phone: (513) 361-1200
Email: max.czernin@squirepb.com

B. Scott Jones
REMINGER CO., LPA
730 West Main Street, Suite 300
Louisville, KY 40202
Phone: (502) 625-7292
Email: sjones@reminger.com

***Counsel for Defendant CleanLife Energy LLC***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 24 , 2026 a true copy of the foregoing instrument was served via the Court's CM/ECF system to all counsel of record.

*/s/ F. Maximilian Czernin*
F. Maximilian Czernin